Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
INEZ OLIVER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| INEZ OLIVER,                           ) | **Case No.: 10-cv-0770 CW** |
|                                                  ) | |
|                                                  ) | **NOTICE OF SETTLEMENT** |
|           Plaintiff,                         ) | |
|                                                  ) | |
|     vs.                                        ) | |
|                                                  ) | |
| HUNT & HENRIQUES,              ) | |
|                                                  ) | |
|           Defendant.                       ) | |

Plaintiff, INEZ OLIVER, though his attorneys, informs this Honorable Court that Plaintiff has settled his case with HUNT & HENRIQUES.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

                                                          Respectfully Submitted,

DATED: March 24, 2010                KROHN & MOSS, LTD.

                                                          By: /s/ Michael S. Agruss

                                                              Michael S. Agruss
                                                              Attorney for Plaintiff,
                                                              INEZ OLIVER

- 1 -