Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
INEZ OLIVER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| INEZ OLIVER, <br>     Plaintiff, <br> vs. <br> HUNT & HENRIQUES, <br>     Defendant. | Case No.: 10-cv-0770 CW <br><br> **VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, INEZ OLIVER, by and through her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, HUNT & HENRIQUES (Defendant), in this case.

Dated: May 3, 2010

KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss

Michael S. Agruss

Attorney for Plaintiff,
INEZ OLIVER